```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
------------------------------------------- X   ELECTRONICALLY FILED
EDWIN ROMAN,                                :   DOC #: _____
                                            :   DATE FILED: 12/11/2019
                              Plaintiff,    :   1:19-cv-11050-GHW
                                            :
              -against-                     :   ORDER
                                            :
NIGHTHAWK SECURITY ASSOCIATES, INC.,        :
NEC CORPORATION OF AMERICA, and             :
DANIEL J. MURPHY, individually,             :
                                            :
                              Defendants.   :
                                            :
------------------------------------------- X
```

GREGORY H. WOODS, District Judge:

The Court may transfer a case "[f]or the convenience of the parties and witnesses, in the interest of justice." 28 U.S.C. § 1404(a). The Court may also transfer a case based on the consent of the parties. 28 U.S.C. § 1404(b). Plaintiff, the only party to appear in this case, has consented to transfer to the Eastern District of New York. Accordingly, the Court orders that this case be transferred to the Eastern District of New York.

Plaintiff is directed to serve a copy of this order on Defendants. The Clerk of Court is directed to transfer this case to the Eastern District of New York without delay.

SO ORDERED.

Dated: December 10, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge