UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

EDWIN ROMAN,

                      Plaintiff,

-against-                                      19-CV-06935

NIGHTHAWK SECURITY ASSOCIATES,
INC., et al.

                      Defendants.

## STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

This Court, having considered and inspected the Settlement Agreement and Release between the Parties in the above-captioned action, IT IS HEREBY ORDERED that: (1) the settlement is approved; and (2) the above-captioned action is hereby dismissed with prejudice in its entirety with no award of attorneys' fees or costs to any party.

                                                        Respectfully submitted,

By: _____        By: _____
     Wendy J. Mellk, Esq.                                  Zack Holzberg, Esq.

     JACKSON LEWIS P.C.                            DEREK SMITH LAW GROUP,
     666 Third Avenue, 29th Floor                 PLLC
     New York, New York 10017                  One Penn Plaza, Suite 4905
     *ATTORNEYS FOR DEFENDANT*           New York, New York 10119
     *NEC CORPORATION OF AMERICA*       *ATTORNEYS FOR PLAINTIFF*

By: _____
     David P. Fallon, Esq.
     LAW OFFICES OF DAVID P.
     FALLON, PLLC
     53 Main Street, Suite 1
     Sayville, NY 11782
     ATTORNEYS FOR DEFENDANTS
     NIGHTHAWK SECURITY ASSOCIATES, INC.
     AND DANIEL J. MURPHY

8

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

EDWIN ROMAN,

                          Plaintiff,

-against-                                       19-CV-06935

NIGHTHAWK SECURITY ASSOCIATES, INC., et al.

                          Defendants.

## STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

This Court, having considered and inspected the Settlement Agreement and Release between the Parties in the above-captioned action, IT IS HEREBY ORDERED that: (1) the settlement is approved; and (2) the above-captioned action is hereby dismissed with prejudice in its entirety with no award of attorneys' fees or costs to any party.

                                  Respectfully submitted,

By: _____            By: _____
Wendy J. Mellk, Esq.                            Zack Holzberg, Esq.

JACKSON LEWIS P.C.                        DEREK SMITH LAW GROUP,
666 Third Avenue, 29th Floor              PLLC
New York, New York 10017                One Penn Plaza, Suite 4905
*ATTORNEYS FOR DEFENDANT*           New York, New York 10119
*NEC CORPORATION OF AMERICA*      *ATTORNEYS FOR PLAINTIFF*


By: _____
David P. Fallon, Esq.
LAW OFFICES OF DAVID P.
FALLON, PLLC
53 Main Street, Suite 1
Sayville, NY 11782
ATTORNEYS FOR DEFENDANTS
NIGHTHAWK SECURITY ASSOCIATES, INC.
AND DANIEL J. MURPHY

8

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

EDWIN ROMAN,

                              Plaintiff,

-against-                                       19-CV-06935

NIGHTHAWK SECURITY ASSOCIATES, INC., et al.

                              Defendants.

---

## STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

This Court, having considered and inspected the Settlement Agreement and Release between the Parties in the above-captioned action, IT IS HEREBY ORDERED that: (1) the settlement is approved; and (2) the above-captioned action is hereby dismissed with prejudice in its entirety with no award of attorneys' fees or costs to any party.

                                              Respectfully submitted,

By:  */s/ Wendy J. Mellk*                   By:  _____
       Wendy J. Mellk, Esq.                            Zack Holzberg, Esq.

       JACKSON LEWIS P.C.                        DEREK SMITH LAW GROUP, PLLC
       666 Third Avenue, 29th Floor
       New York, New York 10017              One Penn Plaza, Suite 4905
       *ATTORNEYS FOR DEFENDANT*         New York, New York 10119
       *NEC CORPORATION OF AMERICA*     *ATTORNEYS FOR PLAINTIFF*

By:  _____
       David P. Fallon, Esq.
       LAW OFFICES OF DAVID P. FALLON, PLLC
       53 Main Street, Suite 1
       Sayville, NY 11782
       ATTORNEYS FOR DEFENDANTS
       NIGHTHAWK SECURITY ASSOCIATES, INC.
       AND DANIEL J. MURPHY

8

SO ORDERED on this _____ day of _____, 2020.

_____
Hon. ROANNE MANN
United States Magistrate Judge

4841-6329-3123, v. 1